FILED

12/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0484

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0484

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ANDREW JOHN SMITH,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time until January 26, 2024 to prepare, file, and serve the Appellant's Opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2023